MARY A. DOPP, as Administratrix, etc., of HORATIO S. DOPP, Deceased, Respondent, v. GENERAL ELECTRIC COMPANY, Appellant.

Appeal by the defendant from a judgment of the Supreme Court, entered in the office of the clerk of the county of Schenectady on the 2d day of October, 1911, and also from an order entered on the 28th day of October, 1911.

PER CURIAM : The verdict is sustained by the evidence, and we find no error calling for a reversal upon the facts shown. All concurred. Judgment and order unanimously affirmed, with costs.

---

The Adirondack Trust Company, Respondent, v. Bernard F. J. Kiernan, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred; Houghton, J., not sitting.

The Adirondack Trust Company, Respondent, v. Thomas M. Sharkey and George F. Sharkey, Appellants. Order affirmed, with ten dollars costs and disbursements. All concurred; Houghton, J., not sitting.

Gilbert J. Brown, as Administrator, etc., of Walter C. Brown, Deceased, Appellant, v. The Delaware and Hudson Company, Respondent.— Judgment and order unanimously affirmed, with costs.

Nellie Buckley, as Administratrix, etc., of Patrick Buckley, Deceased, Appellant, v. Hudson Valley Railway Company, Respondent.—Judgment affirmed, with costs. All concurred, except Kellogg and Betts, JJ., who dissented.

Andrew F. Barron, Respondent, v. United Traction Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $750, and if he so stipulates judgment as thus modified and order affirmed, without costs. ` All concurred, except Kellogg, J., who voted for a reversal, and Betts, J., who voted for affirmance.

Anna S. Bailey and Edna D. Smith, Appellants, v. The State of New York, Respondent.— Judgment unanimously affirmed, with costs.

Edwin P. Bellows, Respondent, v. Oakley J. Cole, Appellant.— Judgment unanimously affirmed, with costs.

Petrine Christiansen, as Administratrix, etc., of Peter Christiansen, Deceased, Respondent, v. International Paper Company, Appellant.— Judgment unanimously affirmed, with costs.

Horace N. Cowles, Appellant, v. The State of New York, Respondent.— Judgment unanimously affirmed, with costs.

Samuel D. Coykendall, Respondent, v. William R. Harrison and Others, Constituting the Board of Water Commissioners of the City of Kingston, and the City of Kingston, Appellants.— Motion for leave to appeal to the Court of Appeals granted and question certified as follows: Did the purchase and installation of the filters, coagulating and sterilizing devices as contemplated and specified in the contract set forth in the complaint constitute ordinary maintenance of the water system of the city of Kingston so that the board of water commissioners of such city had the power to make such contract without the assent of the common council ?